*Attorney for Plaintiffs.*
**WILLIAM B. CURTIS**
MILLER, CURTIS & WEISBROD, LLP
11551 Forest Central Drive
Suite 300
Dallas, Texas 75243
(214) 987-0005 Telephone
(214) 987-2545 Facsimile

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number<br><br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| TOM BLUMHARDT, Individually and as Executor of the Estate of JOAN E. BLUMHARDT; JAMES BLUMHARDT; WILLIAM BLUMHARDT; JON BLUMHARDT; and ROBERT BLUMHARDT,<br><br>Plaintiffs, | **CIVIL ACTION NO. 3:06cv02761**<br><br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| vs.<br><br>Pfizer, Inc., et al.<br>                              Defendants. | |

Come now the Plaintiffs, TOM BLUMHARDT, Individually and as Executor of the Estate of

JOAN E. BLUMHARDT; JAMES BLUMHARDT; WILLIAM BLUMHARDT; JON

BLUMHARDT; and ROBERT BLUMHARDT, and Defendants, by and through the undersigned

-1-

1  attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the

2  dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

3

4  DATED: May 5 , 2009  **By:**

5  **WILLIAM B. CURTIS**
   MILLER, CURTIS & WEISBROD, LLP
6  11551 Forest Central Drive
   Suite 300
7  Dallas, Texas 75243
   (214) 987-0005 Telephone
8  (214) 987-2545 Facsimile
9  *Attorney for Plaintiffs*

10

11

12

13  DATED: May 8/12 , 2009  **By:**

    **MICHELLE SADOWSKY**
14  DLA PIPER LLP (US)
    1251 Avenue of the Americas
15  New York, NY 10020
    Telephone: (212) 335-4500
16  Facsimile: (212) 335-4501
    *Defendants' Liaison Counsel*
17

18

19

20  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
    IT IS SO ORDERED.**
21

22

23  Dated:  **AUG 1 7 2009**

24  Hon. Charles R. Breyer
    United States District Court
25

26

27

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**